**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00294-CR**
_____

**PATRICK DOUGLAS JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-76856-J**

**ORDER**

Before the Court is appellant's motion to supplement the clerk's record with the "Statement of "Presentment" of the motion for new trial signed by the trial court on May 9, 2022. The clerk's record contains a copy of the motion for new trial, but the "Statement of Presentment" on page 5 of the motion is unsigned. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file on or before January 25, 2023, a supplemental clerk's record containing appellant's

motion for new trial including the "Statement of Presentment" signed by the trial court on May 9, 2022.

Also before the Court is appellant's motion to supplement the reporter's record. Appellant requests that the record be supplemented with the transcription of the voir dire proceedings conducted in December 2021. Appellant also requests that the record be supplemented with the transcripts of pretrial hearings conducted on October 4, 2019, January 7, 2019, November 12, 2019, November 15, 2019, February 28, 2020, July 10, 2020, August 24, 2020, October 23, 2020, November 2, 2020, February 15, 2021, "or any other date." Appellant points out that two judges have presided over the case, Judge Gracie Lewis and Judge Audra Riley. Accordingly, we **ORDER** Kimberly R. Xavier, Official Court Reporter, Criminal District Court No. 3, to file within **THIRTY DAYS** of the date of this order a supplemental reporter's record containing transcriptions of any pretrial hearings not already included in the reporter's record filed October 7, 2022, and any voir dire proceedings conducted in December 2021. If there were no other pretrial hearings reported or if no voir dire proceeding was reported in December 2021, then Ms. Xavier shall file a written statement to that effect.

We **DIRECT** the Clerk to send copies of this order to Kimberly R. Xavier, Official Court Reporter, Criminal District Court No. 3, and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE